John Irvin May, a Minor, by His Mother and Next Friend, Mary Ann May, Plaintiff-Appellant-Cross-Appellee, v. Zelma Hagerman, Defendant-Appellee-Cross-Appellant.

Gen. No. 10,458.

Third District.

October 11, 1963.

Appleman, Zimmerly & McKnelly, of Champaign (Robert D. McKnelly, of counsel), for appellant; Ryan and Heller, of Mattoon (Willis P. Ryan and Harlan Heller, of counsel), for appellee. Opinion by JUSTICE ROETH. Not to be published in full.